IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-341-BO-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MOTION TO SEAL DEFENDANT'S |
| ) | MOTION FOR DOWNWARD VARIANCE |
| JAMES JULIUS CATON, ) | AND SENTENCING MEMORANDUM |
| Defendant. ) | |

The Defendant, James Julius Caton, by and through the undersigned attorney, respectfully moves to seal Docket Entry 27, the Defendant's Motion for Downward Variance and Sentencing Memorandum. The Motion includes information from the Defendant's Presentence Report (PSR), which must be filed under seal, and other sensitive information.

WHEREFORE, the Defendant respectfully requests that the Court grant the motion to seal Docket Entry 27.

Respectfully submitted this 16th day of May, 2024

By: /s/ Patrick B. Weede
PATRICK B. WEEDE
Weede Law, PLLC
8801 Fast Park Drive, Suite 301
Raleigh, NC 27617-4853
Telephone: (919) 891-5015
Fax: (919) 870-9045
Email: pbweede@weedelaw.com
NC State Bar Number: 37127

APPOINTED ATTORNEY FOR DEFENDANT

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this Motion to Seal Defendant's Motion for Downward Variance and Sentencing Memorandum has been served upon:

Charity Wilson
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on May 16, 2024 using the CM/ECF system, which will send notification of such filing to the Government's attorney of record listed above.

This, the 16th day of May, 2024

By: /s/ Patrick B. Weede
PATRICK B. WEEDE
Weede Law, PLLC
8801 Fast Park Drive, Suite 301
Raleigh, NC 27617-4853
Telephone: (919) 891-5015
Fax: (919) 870-9045
Email: pbweede@weedelaw.com
NC State Bar Number: 37127

APPOINTED ATTORNEY FOR DEFENDANT